UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CURTIS L. WESTBROOK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:16-cv-02913-TWP-DML |
| ) | |
| BRIDGES COMMUNITY SERVICES, ) | |
| SONYA WEATHERSPOON et al., ) | |
| ) | |
| Defendants. ) | |

**Entry Granting *In Forma Pauperis* Status,
Dismissing Insufficient Claims, and Directing Issuance of Process**

**I.**

The plaintiff's motion to proceed *in forma pauperis* [dkt. 2] is **granted.**

**II.**

The claims against defendant Sonya Weatherspoon are **dismissed** because Title VII does not recognize actions against individual supervisors or co-workers. *Gastineau v. Fleet Mortgage Corp.*, 137 F.3d 490 (7th Cir. 1998); *Geier v. Medtronic, Inc.*, 99 F.3d 238, 244 (7th Cir. 1996); *Williams v. Banning*, 72 F.3d 552, 555 (7th Cir. 1995). The sole proper defendant in this type of claim is the plaintiff's former employer, Bridges Community Services. No partial final judgment shall issue at this time as to the claims dismissed through this Entry. The clerk is **directed** to update the docket to reflect that Bridges Community Services is the only defendant in this action.

**III.**

The clerk is designated pursuant to *Fed. R. Civ. P.* 4(c) to issue process to defendant Bridges Community Services in the manner specified by Rule 4(d). Process shall consist of the

complaint (docket 1), the attachments thereto, applicable forms (Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of Service of Summons), and this Entry.

**IT IS SO ORDERED.**

Date: 11/9/2016

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

CURTIS L. WESTBROOK
1113 East 6th Street
Muncie, IN 47302

Bridges Community Services
318 W. 8th St.
Muncie, IN 47302