UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CURTIS L. WESTBROOK, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1:16-cv-02913-TWP-DML |
| BRIDGES COMMUNITY SERVICES, | ) |
| Defendant. | ) |

## ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION ON THE DEFENDANT'S MOTION TO DISMISS

On April 24, 2017, the Magistrate Judge submitted and filed her Report and Recommendation (Dkt. 15) on the defendant's motion to dismiss. The parties were afforded the opportunity according to statute and the Federal Rules of Civil Procedure to file objections to that Report and Recommendation. No party has filed an objection. The Court, having considered the Magistrate Judge's Report and Recommendation (Dkt. 15) and being duly advised, now APPROVES and ADOPTS it. The defendant's motion to dismiss (Dkt. 11) is therefore DENIED as provided in the Report and Recommendation and this Order. Within 21 days of this Court's order, Mr. Westbrook must file a More Definite Statement, which identifies (1) the nature of the disability, or perceived disability, supporting his claim that the defendant discriminated against him based on that disability; (2) the dates and types of alleged adverse employment actions taken by the defendant because of the disability; and (3) the dates and types of alleged adverse employment actions taken by the defendant because of his sex.

IT IS SO ORDERED.

Date: 5/11/2017

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Via first-class U.S. mail:

CURTIS L. WESTBROOK
1113 East 6th Street
Muncie, IN 47302